services rendered by certain firms of attorneys, and by the plaintiff individually, covering a period of about eight years. The defendant, in opposition to the motion for the order of reference herein, submitted an affidavit wherein it appeared that he proposed to admit a large number of the items upon which plaintiff sought to recover, and had so advised the plaintiff's attorney. With these items eliminated, we think that a proper case was not presented requiring the trial of the issues by a referee. The order appealed from will therefore be affirmed, with costs, unless defendant files a stipulation whereby he admits the validity and propriety, as charges against him, of the items set forth in his affidavit as folios 169 to 171, inclusive, in the respective amounts claimed by plaintiff, thus limiting the issue to the 13 items numbered, respectively 3, 4, 5, 10, 15, 17, 18, 19, 22, 23, 34, and 46. Upon filing such stipulation the order will be reversed, with $10 costs and disbursements, and the motion for the order of reference will be denied with $10 costs. If defendant shall fail or neglect to file the stipulation aforesaid, the order appealed from will be affirmed, with $10 costs and disbursements. Settle order on notice. All concur.

HASBROUCK, Respondent, v. HARRIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) Action by Stephen Hasbrouck against Sarah Harris and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to change place of trial from Rockland county to the county of New York granted, with $10 costs, on the ground that the case is so exceptional in its circumstances as to cause a departure from the special rule stated in Mills v. Sparrow, 131 App. Div. 241, 115 N. Y. Supp. 629, and an application of the general rule stated in Van Alstine v. Burt, 151 App. Div. 81, 135 N. Y. Supp. 779, and Harrison v. Holahan, 122 App. Div. 740, 107 N. Y. Supp. 741. See, also, 140 N. Y. Supp. 1115.

HASS v. BROOKLYN UNION ELEVATED R. CO. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Rosie Hass against the Brooklyn Union Elevated Railroad Company. No opinion. Application denied, with $10 costs. Order signed.

HAUPTMANN, Respondent, v. CITY & SUBURBAN HOMES CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by William Hauptmann against the City & Suburban Homes Company and another. George A. Ellis, of New York City, for appellants. C. H. Tuttle, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HAUSER, Respondent, v. HAUSER, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Bertie Hauser against William J. Hauser. S. D. La-

sky, of New York City, for appellant. G. W. Glaze, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HELTZ, Respondent, v. BUFFALO VEGETABLE MARKETING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by Albert Heltz against the Buffalo Vegetable Marketing Company. No opinion. Judgment and order affirmed, with costs.

H. E. TAYLOR & CO. v. FITZPATRICK. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by H. E. Taylor & Co. against John H. Fitzpatrick. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1133.

H. G. VOGEL CO. v. WOLFF. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by the H. G. Vogel Company against Harris Wolff. No opinion. Motion granted; question certified; order filed. See, also, 141 N. Y. Supp. 756.

HILGENDORF, Respondent, v. JENNINGS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by Herman J. Hilgendorf against Lewis L. Jennings and others. No opinion. Judgment and order affirmed, with costs.

HOAGLAND, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) Action by Agnes V. Hoagland against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

HOAR v. UNION MUT. LIFE INS. CO. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Mary K. Hoar, as administratrix of the estate of Eliza D. Kerr, deceased, against the Union Mutual Life Insurance Company. No opinion. Judgment unanimously affirmed, with costs. See, also, 140 App. Div. 944, 125 N. Y. Supp. 1124.

HOCHSTIM v. SONNTAG. (Supreme Court, Appellate Division, First Department, June 20, 1913.) Action by Max Hochstim against John A. Sonntag. No opinion. Motion to dismiss appeal denied. Order filed.

HOFFMAN v. WESTERN UNION TELEGRAPH CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Minnie Hoffman against the Western Union Telegraph Company. No opinion. Application denied, with $10 costs. Order signed.

HOLLAND, Respondent, v. GRAGNANO, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Frank Holland against Gennaro Gragnano.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the